UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COREY D. MARTIN,

                              Petitioner,

         - vs -                                    5:06-CV-312

SECRETARY OF THE ARMY and COMMANDER,
10th MOUNTAIN DIVISION (LI), Fort Drum, New
York,

                              Respondents.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

COSTELLO  COONEY & FEARON                 SAMUEL C. YOUNG, ESQ.
Attorneys for Petitioner
4th Floor
205 South Salina Street
Syracuse, New York 13202

HON. GLENN T. SUDDABY                     CHARLES E. ROBERTS, ESQ.
United States Attorney                    Assistant U.S. Attorney
Attorney for Respondents
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## O R D E R

         The respondents have moved to dismiss the petition as now moot pursuant to

Fed. R. Civ. P. 12(b)(1).  (Docket No. 11).  The petitioner does not oppose.  (Docket No. 12).

         Therefore, it is

         ORDERED that

1. The motion to dismiss is GRANTED; and

2.  The petition is DISMISSED as moot.

The Clerk is directed to enter Judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  September 15, 2006
        Utica, New York.